| Submit this form by e-mail to: | FILED |
|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty. | |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty. | 2023 APR 13  AM 10: 13 |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty. | U.S. DISTRICT COURT CENTRAL DIST. OF CALIF LOS ANGELES |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V.                                         PLAINTIFF | CR 2:23-cr-00133-PA |
| CHRISTOPHER BLAIR HERNANDEZ | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____                DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 04/13/2023 at 9:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 U.S.C. § 371; 18 U.S.C. § 242; 18 U.S.C. § 1512; 18 U.S.C. § 1519

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☒ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1985

8. Defendant has retained counsel:   ☐ No
   ☒ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Special Agent Matthew Grimes   (please print)

12. Office Phone Number: 310-996-4307

13. Agency: FBI

14. Signature: _____

15. Date: 4/13/2023

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION