CLERK, U.S. DISTRICT COURT

APR 13 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: 2:23-cr-00133-PA |
|---|---|
| v. CHRISTOPHER HERNANDEZ DEFENDANT. | DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |

I, CHRISTOPHER HERNANDEZ, declare that
*(Defendant/Material Witness)*

[X] I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

[ ] I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

[ ] I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

[ ] My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of April, 20 2023
at Los Angeles, CA
*(City and State)*

_____
Signature of Defendant/Material Witness

If the declarant is not an English speaker, include the following:
I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this form from English into _____ to declarant _____ on this date.

Date: _____

_____
*Interpreter*

CR-37 (05/15)  DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS