CLERK, U.S. [DISTRICT] COURT
APR 13 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:23-cr-00133-PA |
| v. CHRISTOPHER HERNANDEZ | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint **Stone Busailah, LLP & Michael Williamson**, Esquire, as my attorney to appear for me throughout all proceedings in this case.

4-13-23
Date

[Defendant's Signature]
Defendant's Signature

LOS ANGELES, CA
City and State

## APPEARANCE OF COUNSEL

I, **Michael Williamson**, Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

4-13-23
Date

[M.W. Signature]
Attorney's Signature

236188
California State Bar Number

1055 E. Colorado Blvd #320
Street Address

Pasadena, CA 91106
City, State, Zip Code

626-683-5600
Telephone Number

626-683-5656
Fax Number

MWilliamson@police-defense.com
E-mail Address

CR-14 (01/07)                    DESIGNATION AND APPEARANCE OF COUNSEL