FILED
CLERK, U.S. DISTRICT COURT

APR 13 2023

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:23-cr-00133-PA |
| v. | |
| Vega, Miguel | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint __BRIAN GURWITZ__, Esquire, as my attorney to appear for me throughout all proceedings in this case.

__4/13/23__
Date

__/s/__
Defendant's Signature

__Los Angeles, CA__
City and State

## APPEARANCE OF COUNSEL

I, __BRIAN GURWITZ__ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

__4/13/23__
Date

__/s/ BG__
Attorney's Signature

__171862__
California State Bar Number

__1422 Edinger Ave #100__
Street Address

__Tustin CA 92780__
City, State, Zip Code

__714-925-2675__  __714 880 8801__
Telephone Number    Fax Number

__Brian@Gurwitzlaw.com__
E-mail Address

CR-14 (01/07)    DESIGNATION AND APPEARANCE OF COUNSEL