*United States Probation & Pretrial Services*

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

PACTS No: 8414581

## Passport Receipt

Defendant Name: Miguel Angel Vega
Name on passport, if different: Miguel Angel Vega
Country of Origin: United States
Date passport issued: May 18, 2021
Expiration date of passport: May 17, 2031
Ordered by court in the Central District of California
Docket Number: 2:23-CR-00133-PA-1

U.S. Probation & Pretrial Services
Los Angeles

FILED
CLERK, U.S. DISTRICT COURT
APR 13 2023
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

_BRIAN Gurwitz_ (signature)
Surrendered By

4/13/23
Date

_(signature)_
Received By

4/13/23
Date

_____
Returned To

_____
Date

_____
Surrendered By

_____
Date

Purpose Returned
Address (if mailed)

U.S. Probation & Pretrial Services.