# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:23-CR-00133     Recorder: CS 04/13/2023     Date: 04/13/2023

Present: The Honorable Patricia Donahue, U.S. Magistrate Judge

Court Clerk: Isabel Verduzco     Assistant U.S. Attorney: Brian R. Faerstein and J. Jamari Buxton

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 2) CHRISTOPHER BLAIR HERNANDEZ<br>  CUSTODY | 2) MICHAEL DALE WILLIAMSON<br>RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Deft is arraigned and states true name is the name on the charging document.

Defendant is given a copy of the Indictment and acknowledges having been read or having received a copy of the Indictment and waives the reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Percy Anderson.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 6/6/2023 at 8:30 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: IV by CGM

cc: Statistics Clerk, PSALA USMLA