# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 23-133 PA | Date | April 17, 2023 |
|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Kamilla Sali-Suleyman | Not Reported | J. Jamari Buxton, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Miguel Angel Vega | N/A | | X | Brian N. Gurwitz | N/A | | X |
| Christopher Blair Hernandez | N/A | | X | Michael Dale Williamson | N/A | | X |

**Proceedings:**  IN CHAMBERS ORDER

   Trial is scheduled for June 6, 2023, at 8:30 a.m. before United States District Judge Percy Anderson, Courtroom No. 9A, 350 West 1st Street, Los Angeles, California 90012.  The Court orders a trial date, final status conference date, and briefing schedule.  See Criminal Trial Order.  The deputy clerk is ordered to serve on counsel a copy of the Court's Criminal Trial Order.  The Final Status Conference is scheduled for May 26, 2023, at 3:00 p.m.  Jury trial is set for Tuesday, June 6, 2023, at 8:30 a.m.

   Any motions, including motions in limine, and notices required by Rule 12, 12.1 and 12.2 shall be filed by May 8, 2023. Oppositions to motions shall be filed by May 15, 2023, and replies are to be filed by May 22, 2023.  Motions will be heard at the final status conference on May 26, 2023, at 3:00 p.m.

   IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Deputy Clerk | kss |

**cc: USMO, PSA**