E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
J. JAMARI BUXTON (Cal. Bar No. 342364)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3519/3819
     Facsimile: (213) 894-0141
     E-mail:    jamari.buxton@usdoj.gov
                brian.faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MIGUEL ANGEL VEGA and<br>CHRISTOPHER BLAIR HERNANDEZ,<br><br>　　　　Defendants. | No. CR 23-133-PA<br><br>STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**CURRENT TRIAL DATE:** 06/06/2023<br>**PROPOSED TRIAL DATE:** 12/05/2023 |

　　　　Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys J. Jamari Buxton and Brian R. Faerstein; defendant Miguel Angel Vega ("defendant Vega"), both individually and by and through his counsel of record, Brian N. Gurwitz; and defendant Christopher Blair Hernandez ("defendant Hernandez" and, together with defendant Vega, "defendants"), both individually and by and through his counsel of record, Michael D.

Williamson and Michael P. Stone of Stone Busailah LLP, hereby stipulate as follows:

1. The Indictment in this case was filed on March 21, 2023. Defendants first appeared before a judicial officer of the court in which the charges in this case were pending on April 13, 2023. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before June 22, 2023.

2. On April 13, 2023, the Court set a trial date of June 6, 2023. (Dkt. Nos. 22, 23.) On April 17, 2023, the Court set a final status conference date of May 26, 2023 at 3:00pm, and a motion schedule as follows: any motions, including motions *in limine*, and notices required by Rules 12, 12.1 and 12.2 to be filed by May 8, 2023; oppositions to motions to be filed by May 15, 2023; and replies in support to be filed by May 22, 2023. (Dkt. Nos. 24, 25.)

3. Defendants are released on bond pending trial. The parties estimate that the trial in this matter will last approximately seven-to-ten court days. All defendants are joined for trial and a severance has not been granted.

4. By this stipulation, defendants move to continue the trial date to December 5, 2023, and the final status conference date to November 17, 2023, with the following motion schedule: any motions, including motions *in limine*, and notices required by Rules 12, 12.1 and 12.2 to be filed by October 30, 2023; oppositions to motions to be filed by November 8, 2023; and replies in support to be filed by November 13, 2023. This is the first request for a continuance.

5. Defendants request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

            a.    Defendants are charged with violations of conspiracy, in violation of 18 U.S.C. § 371; deprivation of rights under color of law, in violation of 18 U.S.C. § 242; tampering with a witness, in violation of 18 U.S.C. § 1512(b)(3); and falsification of records, in violation of 18 U.S.C. § 1519.  The government has produced discovery to the defense, including over 20,000 pages of written reports and Federal Bureau of Investigation ("FBI") and Los Angeles County Sheriff's Department ("LASD") investigative materials, interview reports and draft transcripts, correspondence, photographs, toll records, GPS-related information, law enforcement radio and station communications records, logs, and calls, criminal history and personnel file information, and LASD policies and procedures, among other materials.  The discovery also includes audio recordings of over 30 interviews of potential law enforcement and civilian witnesses as well as video recordings of other interviews and of relevant underlying events.  In addition, a privilege review team at the U.S. Attorney's Office produced to the defense certain discovery (to which the prosecution team does not have access) that was subject to review for potential *Garrity* information.  The government is in the process of preparing additional discovery that it intends to produce this week.  Finally, the government intends to produce to defendants prior to trial certain grand jury materials, including transcripts of the testimony of a number of witnesses who testified before the grand jury, subject to the government seeking and the Court ordering that the government is authorized to disclose those materials to the defense for the limited purpose of trial preparation and compliance with the Jencks Act, 18 U.S.C. § 3500.

3

b. Defense counsel for defendant Vega represents that, in addition to needing more time for effective preparation, he has trial and substantive case conflicts that necessitate the continuance of the trial date to December 5, 2023. Specifically, counsel for defendant Vega represents that he has the following obligations:

- August 15, 2023: *United States v. Edgar Campos*, District Court for Central District of California, 5:23-cr-00034-JGB-1; 10-day trial involving fentanyl sales resulting in death;
- October 16-20, 2023: *United States v. Schunda Coleman,* District Court for the Eastern District of North Carolina, 5:22-cr-257; sentencing hearing requiring travel to be held on currently-unknown date during this week court "term."
- Mr. Gurwitz also represents that he has prepaid vacations planned from July 7 through 20, 2023; and from September 20 through 28, 2023.

Accordingly, counsel for defendant Vega represents that he will not have the time that he believes is necessary to prepare to try this case on the current trial date.

c. Defense counsel for defendant Hernandez represents that, in addition to needing more time for effective preparation, they have trial and substantive case conflicts that necessitate the continuance of the trial date to December 5, 2023. Specifically, counsel for defendant Hernandez represents that they have the following obligations:

- June 5, 2023: Peace Officer Termination Civil Service Due Process Hearing re: Riverside Sheriff

4

Sergeant Robert Christolon; ALJ Michael Prihar (no case number), expected to last 12 non-consecutive days as follows: June 5, 2023, June 7, 2023, June 12, 2023, August 28-28, 2023, September 26-29, 2023, and October 3-5, 2023;

- June 20, 2023: *Chagolla v. Barragan*, Los Angeles County Superior Court, Case No. 22STPT00282, parentage/custody trial expected to last 2 days;

- July 11, 2023: *Joseph LaRocca v. City of Los Angeles, et al.*, District Court for the Central District of California, Case No. 2:22-cv-06948-SVW-PD, civil rights violation trial expected to last 1 week;

- July 31, 2023: *Pablo Vera v. City of Los Angeles, et al.*, District Court for the Central District of California, Case No. 2:21-cv-05719-AB-PVC, civil rights violation trial expected to last 2 weeks;

- August 14, 2023: Marriage of Snyder, Los Angeles County Superior Court, Case No. 21PSFL00336, divorce trial expected to last 3 days;

- August 22, 2023: Peace Officer Civil Service Due Process Hearing re: LAPD Officer Martha Jaime; ALJ Los Angeles Police Department – Board of Rights with Hearing Officers: Melinda Gagyor, Michael Lebdr, and Xochilt Penate, Case No. BF 31566, expected to last 4 days;

- October 31, 2023: *Isaac Castellanos v. City of Los Angeles, et al.*, District Court for the Central

5

|   |   |
|---|---|
| 1 | District of California, Case No. 22-CV-1165-ODW, |
| 2 | civil rights violation trial expected to last 2 |
| 3 | weeks; |
| 4 | • January 2, 2024: *Zeeshan H. Khan, Christina* |
| 5 | *Astorga, and Ringo Chui v. City of Los Angeles*, |
| 6 | District Court for the Central District of |
| 7 | California, Case No. 2:21-cv-03289-CAS-MAR, civil |
| 8 | rights violation trial expected to last 2 weeks; |
| 9 | • January 16, 2024: *Edwin Vasquez v. City of Los* |
| 10 | *Angeles*, District Court for the Central District of |
| 11 | California, Case No. 2:22-cv-04661-DSF-MRW, civil |
| 12 | right rights violation trial, expected to last 2 |
| 13 | weeks. |
| 14 | • Mr. Williamson (lead counsel for defendant |
| 15 | Hernandez) also represents that he has prepaid |
| 16 | vacations planned from June 23, 2023, through July |
| 17 | 2, 2023; and November 18 through 27, 2023. |

Accordingly, counsel for defendant Hernandez represents that they will not have the time that they believe is necessary to be available and to prepare to try this case on the current trial date.

      d.   In light of the foregoing, counsel for defendants also represent that additional time is necessary to confer with defendants, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur. Defense counsel represent that failure to grant the continuance would deny them reasonable time

necessary for effective preparation, taking into account the exercise of due diligence.

  e. Defendants believe that failure to grant the continuance will deny them continuity of counsel and adequate representation.

  f. The government does not object to the continuance.

  g. The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

 6. For purposes of computing the date under the Speedy Trial Act by which defendants' trial must commence, the parties agree that the time period of June 6, 2023, to December 5, 2023, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendants' request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendants continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

 7. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time

periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: May 9, 2023                    Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

_____
J. JAMARI BUXTON
BRIAN R. FAERSTEIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA


DATED: May 9, 2023                     /s/ *with email authorization*
                                       _____
                                       BRIAN N. GURWITZ
                                       Attorney for Defendant
                                       MIGUEL ANGEL VEGA


DATED: May 9, 2023                     /s/ *with email authorization*
                                       _____
                                       MICHAEL D. WILLIAMSON
                                       Attorney for Defendant
                                       CHRISTOPHER BLAIR HERNANDEZ

//
//
//
//
//

1  I am defendant Miguel Angel Vega's attorney.  I have carefully
2 discussed every part of this stipulation and the continuance of the
3 trial date with my client. I have fully informed my client of his
4 Speedy Trial rights.  To my knowledge, my client understands those
5 rights and agrees to waive them.  I believe that my client's decision
6 to give up the right to be brought to trial earlier than December 5,
7 2023 is an informed and voluntary one.

8
9 BRIAN N. GURWITZ                              5/8/23
   Attorney for Defendant                       Date
10 MIGUEL ANGEL VEGA

11

12  I have read this stipulation and have carefully discussed it
13 with my attorney.  I understand my Speedy Trial rights.  I
14 voluntarily agree to the continuance of the trial date, and give up
15 my right to be brought to trial earlier than December 5, 2023.  I
16 understand that I will be ordered to appear in Courtroom 9A of the
17 Federal Courthouse, 350 W. 1st Street, Los Angeles, California on
18 December 5, 2023 at 8:30 a.m.

19
20 MIGUEL ANGEL VEGA                             5-8-23
   Defendant                                    Date
21
22 //
23 //
24 //
25 //
26 //
27 //
28 //

I am defendant Christopher Blair Hernandez's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client.  I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than December 5, 2023 is an informed and voluntary one.

*Michael D. Williamson*                    May 9, 2023
MICHAEL D. WILLIAMSON                      Date
MICHAEL P. STONE
Attorney for Defendant
CHRISTOPHER BLAIR HERNANDEZ

I have read this stipulation and have carefully discussed it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than December 5, 2023.  I understand that I will be ordered to appear in Courtroom 9A of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on December 5, 2023 at 8:30 a.m.

Signature: *Christopher Hernandez*          05/09/2023
Christopher Hernandez (May 9, 2023 08:54 MDT)
CHRISTOPHER BLAIR HERNANDEZ                Date
Defendant