E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
J. JAMARI BUXTON (Cal. Bar No. 342364)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3519/3819
     Facsimile: (213) 894-0141
     E-mail:   jamari.buxton@usdoj.gov
               brian.faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 23-CR-133-PA |
|---|---|
| Plaintiff, | GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING NO CONTACT LIST; DECLARATION OF J. JAMARI BUXTON |
| v. | |
| MIGUEL ANGEL VEGA and CHRISTOPHER BLAIR HERNANDEZ, | |
| Defendants. | |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys J. Jamari Buxton and Brian R. Faerstein, hereby applies ex parte for an order to seal the no contact list that the government provided to defense counsel as part of defendants Miguel Angel Vega and Christopher Blair Hernandez's conditions of release pending trial.

     This ex parte application is based upon the attached declaration of J. Jamari Buxton.  Counsel for defendants informed the government

that defendants have no objection to the government's request.

Dated: May 16, 2023                    Respectfully submitted,

                                       E. MARTIN ESTRADA
                                       United States Attorney

                                       MACK E. JENKINS
                                       Assistant United States Attorney
                                       Chief, Criminal Division


                                       _____/s/_____
                                       J. JAMARI BUXTON
                                       BRIAN F. FAERSTEIN
                                       Assistant United States Attorneys

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

## **DECLARATION OF J. JAMARI BUXTON**

I, J. Jamari Buxton, declare as follows:

1.   I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I, along with Assistant United States Attorney Brian R. Faerstein, am an attorney representing the government in this case.

2.   I make this declaration in support of the government's request for an order to seal the no contact list that the government provided to defense counsel as part of defendants Miguel Angel Vega and Christopher Blair Hernandez's conditions of release pending trial.

3.   On April 13, 2023, defendants Vega and Hernandez made their initial appearances in the above-captioned matter.  (Dkt. Nos. 11, 12.)  The Honorable Patricia Donahue, United States Magistrate Judge, ordered that defendants be released pending trial under a number of conditions.  (Id.)  As part of those conditions of release, Magistrate Judge Donahue ordered that defendants "[a]void all contact, directly or indirectly (including by any electronic means), with any known victim or witness in the subject prosecution, including but not limited to" individuals identified in a forthcoming list provided by government counsel.  (Id. at 3.)  Magistrate Judge Donahue's orders required the government to submit the no contact list under seal to the Court.  (Id.)

4.   On April 25, 2023, the government, consistent with Magistrate Judge Donahue's orders, sent a letter to defense counsel containing a non-exhaustive list of individuals defendants are prohibited from contacting, including the victim of defendants' conduct and numerous civilian and law enforcement witnesses.  A

redacted copy of the no contact list the government provided to
defense counsel is attached hereto as Exhibit A.

5.   Pursuant to Magistrate Judge Donahue's orders, the
government hereby submits the no contact list to the Court for filing
under seal.  (See Dkt. Nos. 11 and 12 at 3.)

6.   Counsel for defendants informed the government the
defendants have no objection to the government's request.

I declare under penalty of perjury under the laws of the United
States of America that the foregoing is true and correct and that
this declaration is executed at Los Angeles, California, on May 16,
2023.

                                    ___/s/_____
                                    J. JAMARI BUXTON