# EXHIBIT A



# United States Department of Justice

### United States Attorney's Office
### Central District of California

---

*AUSA J. Jamari Buxton*  
*Phone: (213) 894-3519*  
*E-mail: jamari.buxton@usdoj.gov*

*1500 United States Courthouse*  
*312 North Spring Street*  
*Los Angeles, California  90012*

April 25, 2023

<u>**VIA E-MAIL**</u>

Brian Gurwitz  
The Law Office of Brian Gurwitz  
1422 Edinger Avenue, Suite 100  
Tustin, California 92780  
Office: 714-880-8800  
Cell: ███████████  
brian@gurwitzlaw.com  
*Counsel for Miguel Angel Vega*

Michael Dale Williamson  
Stone Busailah LLP  
1055 East Colorado Boulevard, Suite 320  
Pasadena, CA 91106  
Office: 626-683-5600  
Cell: ███████████  
m.williamson@police-defense.com  
*Counsel for Christopher Blair Hernandez*

Re:   <u>United States v. Vega and Hernandez</u>, CR No. 23-133-PA  
      Witness List for Court's No-Contact Orders (Non-Exhaustive)  
      **Confidential Information – Contents Subject to Protective Order**

Dear Counsel:

      As part of your clients' conditions of release pending trial, the Honorable Patricia Donahue, United States Magistrate Judge, ordered that Mr. Vega and Mr. Hernandez "[a]void all contact, directly or indirectly (including by any electronic means), with any known victim or witness in the subject prosecution, including but not limited to" individuals identified in a forthcoming list provided by government counsel.  (<u>See</u> Dkt. Nos. 11 and 12 at 3.)  Consistent with the Court's orders, below is a <u>non-exhaustive</u> list of individuals your clients' are prohibited from contacting.  Per the Court's directive, you are to inform your clients of the names below (by reading the names to them), but you cannot supply your clients with the list itself (or any portion of the list) in any format.



Mr. Gurwitz and Mr. Williamson
RE:  U.S. v. Vega and Hernandez
April 25, 2023
Page 2



Mr. Gurwitz and Mr. Williamson
RE:  U.S. v. Vega and Hernandez
April 25, 2023
Page 3

- 

    The government reserves the right to augment/modify this list at any time.  Please let us know if you have any questions or would like to further discuss this matter.

Very truly yours,

    /s/

J. JAMARI BUXTON
BRIAN R. FAERSTEIN
Assistant United States Attorneys
Public Corruption and Civil Rights Section