J. JAMARI BUXTON (Cal. Bar No. 342364)
Assistant United States Attorney
312 N. Spring St., 15th Floor
Los Angeles, CA 90012
Telephone: (213) 894-3519

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 23-CR-133-PA |
| v. | |
| MIGUEL ANGEL VEGA and CHRISTOPHER BLAIR HERNANDEZ | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

Unredacted no contact list that the government provided to defense counsel as part of defendants Miguel Angel Vega and Christopher Blair Hernandez's conditions of release pending trial. A redacted copy of the no contact list was e-filed at Docket Number 33-1.

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| May 16, 2023 | J. Jamari Buxton |
|---|---|
| Date | Attorney Name |
| | USA |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING