E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
J. JAMARI BUXTON (Cal. Bar No. 342364)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3519/3819
     Facsimile: (213) 894-0141
     E-mail:    jamari.buxton@usdoj.gov
                brian.faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 23-CR-133-PA |
|---|---|
| Plaintiff, | ORDER SEALING NO CONTACT LIST |
| v. | |
| MIGUEL ANGEL VEGA and CHRISTOPHER BLAIR HERNANDEZ, | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's unopposed ex parte application for an order to seal the no contact list that the government provided to defense counsel as part of defendants Miguel Angel Vega and Christopher Blair Hernandez's conditions of release pending trial is GRANTED. The

//

//

//

Court will place under seal the non-redacted version of the no contact list that was manually filed by the government.

    IT IS SO ORDERED.

May 16, 2023
DATE

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Proposed by:

    /s/
J. JAMARI BUXTON
Assistant United States Attorney

2