1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   J. JAMARI BUXTON (Cal. Bar No. 342364)
4  BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
   Assistant United States Attorneys
5  Public Corruption and Civil Rights Section
        1500 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-3519/3819
        Facsimile: (213) 894-0141
8       E-mail:    jamari.buxton@usdoj.gov
                   brian.faerstein@usdoj.gov
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

11                  UNITED STATES DISTRICT COURT

12                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 | UNITED STATES OF AMERICA,         | No. 23-CR-133-PA
14 |         Plaintiff,                | [PROPOSED] ORDER ALLOWING
   |                                   | DISCLOSURE OF GRAND JURY
15 |         v.                        | TESTIMONY AND ACCOMPANYING
   |                                   | EXHIBITS
16 | MIGUEL ANGEL VEGA and             |
   | CHRISTOPHER BLAIR HERNANDEZ,      |
17 |                                   | Trial Date:  October 24, 2023
   |         Defendants.               | Time:        8:30 a.m.
18 |                                   | Place:       Courtroom of the
   |                                   |              Hon. Percy Anderson
19

20      For good cause shown, IT IS HEREBY ORDERED that plaintiff,

21 United States of America, may supply defense counsel of record with

22 a copy of the grand jury testimony, with accompanying exhibits, of

23 any witness whom the government may call at trial.  The purpose of

24 this order is to enable defendants to prepare their defense and to

25 permit compliance with the disclosure provisions of the Jencks Act,

26 18 U.S.C. § 3500.

27      IT IS FURTHER ORDERED that defense counsel shall not disclose

28 such grand jury testimony and exhibits to any other person or

persons, except as necessary in preparation of the defense, without prior authorization from this Court, and that the copy of the testimony and exhibits provided to defense counsel (and any reproductions or copies made of the produced copy) shall be returned to the government at the conclusion of the proceedings in this case.

    IT IS SO ORDERED.

_____      _____
 DATE                                                     HONORABLE PERCY ANDERSON
                                                          UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
_____
BRIAN R. FAERSTEIN
Assistant United States Attorney

2