```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  MACK E. JENKINS
    Assistant United States Attorney
 3  Chief, Criminal Division
    J. JAMARI BUXTON (Cal. Bar No. 342364)
 4  BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
    Assistant United States Attorneys
 5  Public Corruption and Civil Rights Section
         1500 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-3519/3819
         Facsimile: (213) 894-0141
 8       E-mail:    jamari.buxton@usdoj.gov
                    brian.faerstein@usdoj.gov
 9
    Attorneys for Plaintiff
10  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 23-CR-133-PA |
|---|---|
| Plaintiff, | ORDER ALLOWING DISCLOSURE OF GRAND JURY TESTIMONY AND ACCOMPANYING EXHIBITS |
| v. | |
| MIGUEL ANGEL VEGA and CHRISTOPHER BLAIR HERNANDEZ, | Trial Date:  October 24, 2023 |
| Defendants. | Time:   8:30 a.m.<br>Place:  Courtroom of the Hon. Percy Anderson |

    For good cause shown, IT IS HEREBY ORDERED that plaintiff, United States of America, may supply defense counsel of record with a copy of the grand jury testimony, with accompanying exhibits, of any witness whom the government may call at trial.  The purpose of this order is to enable defendants to prepare their defense and to permit compliance with the disclosure provisions of the Jencks Act, 18 U.S.C. § 3500.

    IT IS FURTHER ORDERED that defense counsel shall not disclose such grand jury testimony and exhibits to any other person or

persons, except as necessary in preparation of the defense, without prior authorization from this Court, and that the copy of the testimony and exhibits provided to defense counsel (and any reproductions or copies made of the produced copy) shall be returned to the government at the conclusion of the proceedings in this case.

    IT IS SO ORDERED.


May 22, 2023
DATE

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
BRIAN R. FAERSTEIN
Assistant United States Attorney