UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | CR 23-133 PA | Date | June 20, 2023 |
|---|---|---|---|

Present: The Honorable **PERCY ANDERSON, UNITED STATES DISTRICT JUDGE**

Interpreter  N/A

| Kamilla Sali-Suleyman | Kathy Stride | J. Jamari Buxton, AUSA<br>Brian Faerstein, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Miguel Angel Vega | X | | X | Brian N. Gurwitz | X | | X |
| Christopher Blair Hernandez | X | | X | Michael Dale Williamson | X | | X |

**Proceedings:**  STATUS CONFERENCE

Cause called; appearances made. Court and counsel confer regarding the status of the case and discovery. The Court sets a Status Conference for August 21, 2023, at 3:00 p.m.

IT IS SO ORDERED.

|  | : | 43 |
|---|---|---|
|  | Initials of Deputy Clerk | kss |

**cc:** **USMO, PSA**