```
1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   J. JAMARI BUXTON (Cal. Bar No. 342364)
4  BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
   Assistant United States Attorneys
5  Public Corruption and Civil Rights Section
        1500 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-3519/3819
        Facsimile: (213) 894-0141
8       E-mail:    jamari.buxton@usdoj.gov
                   brian.faerstein@usdoj.gov
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 23-CR-133-PA |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF LODGING OF VIDEO RECORDINGS PRODUCED IN DISCOVERY |
| v. | |
| MIGUEL ANGEL VEGA and CHRISTOPHER BLAIR HERNANDEZ, | FLASH DRIVE MANUALLY FILED SEPARATELY |
| Defendants. | Trial Date:  October 24, 2023<br>Time:        8:30 a.m.<br>Place:       Courtroom of the Hon. Percy Anderson |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys J. Jamari Buxton and Brian R. Faerstein, hereby lodges with the Court the video recordings produced in discovery in the above-captioned proceeding, pursuant to the Court's order during the status conference held on June 20, 2023.

Specifically, the government is lodging with the Court a USB flash drive containing the following categories of video recordings that were made on or about April 13, 2020, all of which previously have been produced to the defense in discovery: (1) video recordings made at or around Wilson Park in Compton, California (identified in discovery as USAO_0005147-0005149); (2) video recordings made at or around a residence on East 130th Street in Compton (USAO_0005150-0005154, USAO_0006124, USAO_0017932, USAO_0017940, and USAO_0017948); (3) video recordings made in or around an alleyway directly to the north of East 130th Street in Compton (USAO_0006116-0006117); and (4) a video recording made at a hospital in Los Angeles, California (USAO_0006120).

Dated: June 26, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

      /s/
BRIAN R. FAERSTEIN
J. JAMARI BUXTON
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA