```
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
J. JAMARI BUXTON (Cal. Bar No. 342364)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3519/3819
     Facsimile: (213) 894-0141
     E-mail:    jamari.buxton@usdoj.gov
                brian.faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-133-PA-2 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | |
| CHRISTOPHER BLAIR HERNANDEZ, | **CURRENT SENTENCING DATE:** 10/02/2023 at 8:30 a.m. |
| Defendant. | **PROPOSED SENTENCING DATE:** 01/08/2024 at 8:30 a.m. |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys J. Jamari Buxton and Brian R. Faerstein, and defendant CHRISTOPHER BLAIR HERNANDEZ, by and through his counsel of record, Michael D. Williamson, hereby stipulate as follows:

1.   On July 24, 2023, defendant HERNANDEZ appeared at a change of plea hearing and pleaded guilty to Count One of the Indictment in the above-captioned proceeding, pursuant to a cooperation plea

1  agreement in which defendant HERNANDEZ agreed to cooperate fully with
2  the government and provide information and potential testimony as
3  requested by the government.  The Court accepted defendant
4  HERNANDEZ's guilty plea and set the sentencing hearing for October 2,
5  2023, at 8:30 a.m.
6      2.   Trial for defendant MIGUEL ANGEL VEGA (defendant
7  HERNANDEZ's codefendant in this proceeding) currently is scheduled to
8  commence October 24, 2023.
9      3.   The government and defendant HERNANDEZ represent and agree
10 that they need more time for purposes of continuing and completing
11 ongoing discussions with respect to the cooperation provisions of
12 defendant HERNANDEZ's plea agreement.  The government also needs
13 additional time to follow up on information obtained as a result of
14 those discussions as appropriate.  The parties further believe this
15 additional time is necessary for the Court to have a complete picture
16 of the nature and scope of defendant HERNANDEZ's cooperation at the
17 time of sentencing.
18     4.   This stipulated request constitutes the government and
19 defendant HERNANDEZ's first request to continue sentencing in this
20 proceeding.
21 //
22 //
23 //

5. Accordingly, the government and defendant HERNANDEZ respectfully request that the sentencing hearing be continued from October 2, 2023, at 8:30 a.m., to January 8, 2024, at 8:30 a.m.

IT IS SO STIPULATED.

Dated: August 28, 2023   Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

_/s/_____
J. JAMARI BUXTON
BRIAN R. FAERSTEIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA


DATED: August 28, 2023   /s/ *with email authorization to file*

MICHAEL D. WILLIAMSON
Attorney for Defendant
CHRISTOPHER BLAIR HERNANDEZ