MICHAEL P. STONE, SBN 91142
MICHAEL D. WILLIAMSON, SBN 236188
STONE BUSAILAH, LLP
1055 E Colorado Boulevard, Suite 320, Pasadena CA 91107

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CASE NO. 2:23-cr-00133-PA |
| v. | |
| MIGUEL ANGEL VEGA and CHRISTOPHER BLAIR HERNANDEZ | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed   ☐ Lodged:  **(List Documents)**

- Defendant's Unopposed Ex Parte Application For Order Sealing Document
- Defendant's UNREDACTED Sentence Position
- Defendant's REDACTED Sentence Position_Redacted
- [Proposed] Order

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

January 8, 2024
Date

MICHAEL D. WILLIAMSON
Attorney Name

CHRISTOPHER BLAIR HERNANDEZ
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                                    NOTICE OF MANUAL FILING OR LODGING